## (January 10, 1978)

■ TOBIAS HELLER, Respondent, v ABRAHAM HIRSCHFELD et al., Defendants, and RITA EBENHART, Appellant.—Appeal from order, Supreme Court, New York County, entered on January 26, 1977, unanimously dismissed, without costs and without disbursements, inasmuch as the defendant-appel-

---

lant is not an aggrieved party. No opinion. Concur—Kupferman, J. P., Birns, Silverman and Lane, JJ.